IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA NORTHERN DIVISION
NO. 2:09-CR-7-1H

UNITED STATES OF AMERICA )
)
)
v. )
)   **ORDER**
)
ANTHONY CUNDIFF, )
   Defendant. )

This matter is before the court on defendant's motion to terminate supervised release. The government has responded, and does not oppose the motion. The government notes defendant has done exceptionally well while on supervision and has fully paid all monies owed.

Therefore, the motion to terminate supervise release is hereby GRANTED, and supervision is deemed terminated as of the date of this order.

This 27th day of November 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26